# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                      NO. 4:08CR00334-001 SWW

JOSEPH HENDERSON, III                                                   DEFENDANT

### ORDER

Pending before the Court is defendant's motion for early termination of supervised release. The Court has been advised by the probation office that defendant has not demonstrated overall progress in meeting supervision objectives. Based on criteria for early termination used by the probation office, defendant lacks accountability and responsibility about his role in the instant offense and his attitude about the consequences he has suffered. Therefore, it does not appear that defendant is an appropriate candidate for early termination. The government objects to the early termination of defendant's supervised release based on the nature of the underlying offense and the need for ongoing drug testing and supervision. The Court has considered defendant's motion and the responses of the government and the probation office and finds that this motion should be denied at this time.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #78] be, and it is hereby, **DENIED** without prejudice.

DATED this 26th day of November 2013.

/s/Susan Webber Wright

United States District Judge